UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00048 |
| | ) | JUDGE CAMPBELL |
| TIMOTHY D. WETHINGTON | ) | |

## ORDER

The Court held a hearing on April 15, 2013 to consider the Petition (Docket No. 8) alleging violations of the Conditions of Supervised Release by Defendant Wethington. The Defendant admitted all three violations and the Court accepted the joint sentencing recommendation (Docket No. 29) of the parties.

Accordingly, Defendant Wethington's term of Supervised Release is extended for an additional period of one (1) year. In addition, beginning on April 15, 2013 (today), Defendant Wethington shall be on home detention for ninety (90) days with electronic monitoring. U.S.S.G. § 5F1.2. Defendant Wethington shall pay the cost of the electronic monitoring.

All other terms of Supervised Release heretofore imposed remain unchanged.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE