UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00048 |
| | ) | JUDGE CAMPBELL |
| TIMOTHY D. WETHINGTON | ) | |

## ORDER

Pending before the Court is a Joint Motion to Continue Revocation Hearing (Docket No. 59) scheduled for December 19, 2013. The Motion is GRANTED.

The revocation hearing is rescheduled for February 28, 2014, at 2:30 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE